IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KELSEY BOWERS,<br><br>             Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, and TRANS UNION, LLC, a foreign corporation,<br><br>             Defendants. | Civil Case No. 08-1436-AC<br><br>O R D E R |

    Robert S. Sola
    8835 SW Canyon Lane, Suite 130
    Portland, Oregon 97225

        Attorney for Plaintiff

    Edward S. Chang
    Jones Day
    3 Park Plaza, Suite 1100
    Irvine, California 92614

Page 1 - ORDER

Reilley D. Keating
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, Oregon  97204

       Attorneys for Defendant Experian Information Solutions, Inc.

Keasha Ann Broussard
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia  30309

Jeffrey M. Edelson
Markowitz Herbold Glade & Mehlhaf, PC
1211 SW Fifth Avenue, Suite 3000
Portland, Oregon  97204

       Attorneys for Defendant Equifax Information Services, LLC

William R. Brown
Schuckit & Associates, PC
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204

Jennifer Lyn Bouman
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, Oregon  97205

       Attorneys for Defendant Trans Union, LLC

KING, Judge:

       The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on June 26, 2009.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

Page 2 - ORDER

700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See</u> <u>also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles <u>de novo</u>, I find no error.

    Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (#25).

    IT IS HEREBY ORDERED that Trans Union's Amended Motion to Dismiss (#21) is denied.

    DATED this __15th__ day of July, 2009.

                   /s/ Garr M. King
                  GARR M. KING
               United States District Judge