FILED'09 OCT 28 08:27 USDC-ORP

**ROBERT S. SOLA**, OSB # 84454
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
rssola@msn.com
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KELSEY BOWERS,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; EQUIFAX INFORMATION SOLUTIONS, LLC, a foreign corporation; and TRANS UNION, LLC, a foreign corporation,<br>    Defendants. | CASE NO. 3:08-cv-1436-AC<br><br>ORDER DISMISSING DEFENDANT TRANS UNION, LLC |

    THIS MATTER, having come before the Court on plaintiff's Unopposed Motion to Dismiss defendant Trans Union, LLC, and pursuant to FRCP 41(a)(2);

    NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Trans Union, LLC only, are dismissed with prejudice and without costs to either party.

    DONE AND ORDERED on this 27th day of October 2009.

                                                  HONORABLE JOHN V. ACOSTA
                                                UNITED STATES ~~JUDGE~~ Magistrate Judge

Page 1 – ORDER DISMISSING DEFENDANT TRANS UNION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT TRANS UNION, LLC on the following persons:

William R. Brown
Schuckit & Associates, P.C.
10 W. Market Street, Suite 3000
Indianapolis, IN 46204

Jennifer Bouman-Steagall
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, Oregon 97205

*Attorneys for Defendant Trans Union LLC*

K. Ann Broussard
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

Jeffrey M. Edelson
Markowitz, Herbold, et al.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204

*Attorneys for Defendant Equifax Information Services LLC*

Edward Chang
Jones Day
3 Park Plaza, Suite 1100
Irvine, California 92614-2592

Reilley D. Keating
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

*Attorneys for Defendant Experian Information Solutions, Inc.*

by the following indicated method:

  ___ by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid

Page 2 – ORDER DISMISSING DEFENDANT TRANS UNION, LLC